AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| Angelo Augustine <br> *Plaintiff* <br><br> v. <br><br> MIG Capital Management, Inc.; and <br> Does 1-10, inclusive <br> *Defendants* | Civil Action No. 7:12-CV-209 <br> (DNH/ATB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*   MIG Capital Management, Inc.
5811 Memorial Hwy 208
Tampa, Florida 33615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sergei Lemberg, Esq.
Lemberg & Associates, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: 1/31/2012

s/ Melissa Ennis
*Signature of Clerk or Deputy Clerk*

989

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 712CV209

Date Filed: 1/31/2012

Plaintiff:
**Angelo Augustine**

vs.

Defendants:
**MIG Capital Management, Inc.; and Does 1-10, inclusive**

For:
Stamford
Lemberg & Associates LLC
1100 Summer St 3rd Floor
Stamford, CT  06905

Received by FRONT RANGE LEGAL PROCESS SERVICE on the 8th day of February, 2012 at 1:45 pm to be served on **MIG Capital Management,inc. R/A Israel Gonzalez, 5811 Memorial Hwy 208, Tampa, FL 33615**.

I, Harold L. Reilly, being duly sworn, depose and say that on the **9th day of February, 2012 at 4:30 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons In A Civil Action; Complaint; Notice; General Order #25; Civil Case Management Plan; Case Assignment Form; Notice, Consent, And Order Of Reference Exercise Of Jurisdiction By A United States Magistrate Judge** with the date and hour of service endorsed thereon by me, to: **Roger Mangra** as **Administration** at the address of: **5811 Memorial Hwy 208, Tampa, FL 33615**, who stated they are authorized to accept service for **MIG Capital Management,inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 26,  Sex: M,  Race/Skin Color: Black,  Height: 5'10",  Weight: 160,  Hair: Black,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Signed under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true; NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)



JASON B SWANSON
Notary Public - State of Florida
My Comm. Expires Sep 21, 2015
Commission # EE 132390
Bonded Through National Notary Assn.

Subscribed and Sworn to before me on the 10th day of February, 2012 by the affiant who is personally known to me

NOTARY PUBLIC

Harold L. Reilly
CPS10-386784/SPS08030/PPS9016

**FRONT RANGE LEGAL PROCESS SERVICE**
826 Roma Valley Dr
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2012000989
Ref: 4632-002