UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelo Augustine,<br><br>                    Plaintiff,<br>      v.<br><br>MIG Capital Management, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.:  7:12-cv-00209-DNH-ATB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 14, 2012

                                                                Respectfully submitted,

                                                                PLAINTIFF, Angelo Augustine

                                                                /s/ Sergei Lemberg

                                                                Sergei Lemberg, Esq. (SL 6331)
                                                                **LEMBERG & ASSOCIATES L.L.C.**
                                                                1100 Summer Street, 3rd Floor
                                                                Stamford, CT 06905
                                                                Telephone: (203) 653-2250
                                                                Facsimile:  (203) 653-3424
                                                                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                          Sergei Lemberg