

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 01 2012

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Angelo Augustine,

            Plaintiff,

v.

MIG Capital Management, Inc.; and
DOES 1-10, inclusive,

           Defendants.

Civil Action No.: 7:12-cv-00209-DNH-ATB

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Angelo Augustine ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 31, 2012

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg (SL 6331)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

SO ORDERED:
DAVID N. HURD
United States District Judge
Date: 8/1/2012  Utica, NY